**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 11-22-DLB-EBA**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**vs.**                    **ORDER ADOPTING REPORT & RECOMMENDATION**

**JEREMY M. BROWN**                                                      **DEFENDANT**

*** *** *** ***

This matter is before the Court upon the March 18, 2014 Report and Recommendation ("R&R") of the United States Magistrate Judge, wherein he recommends that Defendant's supervised release be revoked. (Doc. # 17). The Magistrate Judge recommends that Defendant be sentenced to the custody of the Attorney General for a period of six (6) months imprisonment, followed by thirty (30) months of supervised release. During the Final Revocation Hearing conducted by Magistrate Judge Atkins on March 12, 2014, Defendant admitted to violating the terms of his supervised release as set forth in the February 27, 2014 Violation Report. (*See* Doc. # 5).

Defendant having waived his right to allocution (Doc. # 13), and no objection to the R&R having been filed, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Report and Recommendation (Doc. # 17) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the custody of the Attorney General for a period of **six (6) months imprisonment, followed by thirty (30) months of supervised release**. During the term of supervised release, Defendant shall pay for and successfully complete an inpatient drug rehabilitation program approved by the United States Probation Office; and

(5)     A Judgment shall be entered concurrently herewith.

This 7th day of April, 2014.



Signed By:

*David L. Bunning*

United States District Judge