UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 11-22-DLB-EBA

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

JEREMY M. BROWN                                                                         DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge, wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twenty-six (26) days incarceration, set to expire on February 9, 2015, with two years and 5 months of supervised release to follow. (Doc. # 26 at 3-4). The Magistrate Judge also recommends that upon release from incarceration, Defendant shall arrange for his own transportation to the Healing Place in Huntington, West Virginia, where he shall resume and successfully complete their treatment program. (*Id.* at 4).

During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on January 15, 2015, Defendant stipulated to violating the terms of his supervised release, as set forth in the January 6, 2015 violation report, and waived his right of allocution before this Court. (*Id.* at 1, Doc. # 24). His stipulation was condition upon the Magistrate Judge's acceptance of the parties binding sentencing agreement. (*Id.*). Defendant having waived any objections to the Magistrate Judge's R&R (Doc. # 27), the R&R is ripe for the Court's consideration.

1

Having reviewed the R&R, concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 26) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **twenty-six (26) days**, to be **released on February 9, 2015**, with **two years and five months of supervised release to follow**;

(5)     Upon release from incarceration, Defendant shall arrange for his own transportation back to the Healing Place in Huntington, West Virginia, where he shall resume and successfully complete their treatment program; and

(6)     A Judgment shall be entered contemporaneously herewith.

This 4th day of February, 2015.



Signed By:
<u>David L. Bunning</u>   DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2011\11-22 Order Adopting R&R re SRV.wpd